

PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:, <br><br>The Residence Located at <br>3020 Wildcat Court, Unit B <br>Lemoore, California | CASE NO. 1:12-SW-00267 BAM <br><br> **ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT** |

The search warrant and affidavit in support of the above-referenced search warrant, having previously been sealed by order of this Court, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

Dated: January 20, 2017

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

Motion to Unseal SW

1